Paul L. Breed, OSB #83161
plb@plbreed.net
500 Yamhill Plaza Building
815 S.W. Second Ave.
Portland, Oregon  97204
Telephone:  (503)  226-1403
Facsimile:  (503) 223-1516

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY R. PETERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ACUMED  LLC, a Delaware Corporation,<br><br>    Defendant. | No.   CV 10-586-HU<br><br>PLAINTIFF'S PROPOSED<br>VOIR DIRE QUESTIONS |

    The plaintiff submits the following proposed voir dire questions.

1.    Have you, or a close family member or friend, ever been self-employed or been the owner of a business?

2.    Do you or any close family member have an ownership interest in any business or organization which has been sued by one of its employees?

3.    Have you or a close family or friend ever worked as a manager or a supervisor?

4.    Have you or a close family or friend ever been an executive, a manager or a supervisor in a company?

5.  Have you or a close family worked for a company that had the practice of paying severance pay to employees whose employment was terminated.?

6.  If you worked at a company that had the practice of paying severance, how did the severance pay policy work?  What are your expectations regarding a company's obligation to pay severance to its employees?

7.  Have you or a close family or friend ever worked in a human resources' office?

8.  Have you ever been trained in human resources procedures or personnel matters?

9.  Have you, or a close family member or friend, been employed in a job where you had responsibility for hiring and firing?

10. Have you ever fired someone from their job?  What were the circumstances?

11. Have you ever been involved in a lawsuit either as a plaintiff or a defendant?

12. Have you ever been a witness in a lawsuit?

13. Have you previously served on a jury?

14. Is there any reason, why, if you were the plaintiff or defendant, you wouldn't want someone with your state of mind to serve as a juror in this case?

Dated:  11 July, 2011

/s/ Paul L. Breed
Paul L. Breed, OSB No. 83161
Of Attorneys for Plaintiff

Page -2-    PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS