UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEFFREY R. PETERSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ACUMED LLC, a Delaware Corporation,<br><br>　　　　Defendant. | No.　CV 10-586-HU<br><br><br>VERDICT FORM |

1. Did Acumed LLC breach its promise to give severance pay to Mr. Peterson?

　　　　_____ YES　　　　　　　　　　_____NO

　　If your answer to question 1 is "yes" then go to Question 2.  If your answer to Question No. 1 is "No" then skip questions 2 through 4 and go on to question 5.

2.　　State the amount of damages that should be awarded on plaintiff's claim for unpaid severance pay: _____

3.　　Was Acumed's failure to pay severance wilful such that Acumed should pay a penalty in the amount of thirty day's pay?

　　　　_____ YES　　　　　　　　　　_____NO

Page - 1 -　　　　　　VERDICT FORM

4.	State the amount of the penalty that should be awarded because of the wilful failure

_____


If you have answered questions 1 through 4, then your deliberations are complete. You should skip the remaining questions. Have the presiding juror sign and date this form and advise the bailiff that you have reached a verdict. If you have answered no to questions 1 through 4, then go on to question 5.


5.	Did Mr. Peterson rely to his detriment on the promises made by Acumed LLC?

	_____ YES			_____ NO


6.	State the amount of damages that should be awarded because of Mr. Peterson's reliance on defendant's promises: _____


After having answered the above questions, the foreperson should sign and date the form and advise the bailiff that you have reached a verdict.

		Dated: August _____, 2011


		_____
		Presiding Juror


Page - 2 -		VERDICT FORM